State vs. Columbia Debenture Co., Ltd.

---

No. 13,062.

STATE OF LOUISIANA VS. COLUMBIA DEBENTURE COMPANY, LIMITED.

ON APPEAL from the Civil District Court for the Parish of Orleans. *King, J.*

*M. J. Cunningham,* Attorney General, (*F. E. Rainold* and *Stifft and Madison,* of Counsel), for the State of Louisiana and August M. Benedict, Liquidator, Plaintiffs and Appellees.

*Ernest T. Florance* for the Defendant and Appellant.

Argued and submitted May 18, 1899.
Opinion handed down June 22, 1899.
Judgment amended and rehearings refused June 30, 1899.

The opinion of the court was delivered by BLANCHARD, J.

On the application for rehearing by BREAUX, J.

BLANCHARD, J.　For the reasons assigned in the opinion of the court in the case of the State of Louisiana vs. The Louisiana Debenture Company, Limited, No. 13,105 on the docket of the court, and in the case of the State of Louisiana vs. The New Orleans Debenture Company, Limited, No. 13,116 on the docket of the court—this day decided—it is ordered, adjudged and decreed that the judgment appealed from, in so far as the same decrees the nullity and forfeiture of defendant company's charter, be affirmed, and that the said judgment, in so far as it appoints a receiver or liquidator, be reversed, reserving to the State of Louisiana and all other parties in interest all rights under the law relative to the appointment of a receiver or liquidator to take charge of, liquidate and settle the affairs of said corporation—costs of both courts to be borne by defendant.

MONROE, J., recused.

## ON APPLICATION FOR A REHEARING.

BREAUX, J.　Judgment heretofore rendered by us is set aside, and instead, we now affirm the judgment of the District Court issuing the injunction in the following words:

"Let a writ of injunction issue herein as prayed for and according to law.

"New Orleans, December 23rd, 1898."

Signed by the judge *a quo*.

We do not think that a rehearing is necessary, and make the change without further argument or hearing.

Rehearing refused.

MONROE, J., takes no part.